

FILED BY _____ D.C.

FEB 1 5 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**BENJAMIN G. GREENBERG**

**UNITED STATES ATTORNEY**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES WITH ANGELA SMITH
PLAINTIFF

<table>
<tr><td>Versus</td><td>CAUSE NO. <u>18-cv-60357</u> UU</td></tr>
</table>

THE NORTHERN TRUST COMPANY, ET AL;
UNIVERSAL AMERICAN MORTGAGE, LLC;
ALDRIGE PITE, LLP
DEFENDANTS

### VIOLATIONS:

- Note has not been produced by defendants at this present time. Defendant is not holder in due course.
- 18 U.S.C. §371- Conspiracy to Commit an Offense Against the United States;
- 18 U.S.C. §1951- Interference With Commerce By Threats Or Violence
- Committing Sedition, Treason, and Rebellion against United States with Angela Smith
- Warring against the constitution of the United States and signed Treaties
- Pillaging from United States and the infant estate at 2421 Nw 14th Court, Fort Lauderdale Florida [see perfected deed Broward County Official Records Instrument number 114456703]
- Interfering with agency functions

### COUNT ONE

On and for the record, as of February 14, 2018 the defendants, The Northern Trust Company, et al has not produced the original note at this present time.

### COUNT TWO

On and for the record, The Northern Trust Company, et al is knowingly, willingly, and intentionally committing sedition, tax evasion, income tax, government entities, estate & gift tax, excise, and breach of contract.

## COUNT THREE

On and for the record, The Northern Trust Company, et al is attempting to sell federal trust property located at 2421 Nw 14th Court, Fort Lauderdale Florida without Angela Smith with the United States consent.

## COUNT FOUR

On and for the record, The Northern Trust Company, et al is aiding and abetting the federal trust property located at 2421 Nw 14th Court, Fort Lauderdale Florida and the infant estate. [see perfected deed Broward County Official Records Instrument number 11445670]

## COUNT FIVE

On and for the record, The Northern Trust Company, et al knowingly, willingly, and intentionally committed sedition, treason, and rebellion against the United States with Angela Smith. The Northern Trust Company, et al continuously made moot and frivolous orders against the United States with Angela Smith with force and color of law, making false orders, scandalous orders, and malicious orders against the United States with Angela Smith, an open violation of law (Equity) and against the peace and dignity of the United States with Angela Smith. [Equity comes with clean hands.]

## COUNT SIX

On and for the record, The Northern Trust Company, et al is knowingly, willingly, and intentionally warring against the United States constitution and the United Nations Declaration on The Rights of Indigenous Peoples.

## COUNT SEVEN

On and for the record, The Northern Trust Company, et al is knowingly, willingly, and intentionally pillaging from the United States and from the infant estate located at 2421 Nw 14th Court, Fort Lauderdale Florida. [see perfected deed Broward County Official Records Instrument number 11445670]

## COUNT EIGHT

On and for the record, The Northern Trust Company, et al is knowingly, willingly, and intentionally interfering with agency function.



Birth certificate has
social Security on it

Contact any Social Security office immediately if you:

▼ lose your card—to get a duplicate card.

▼ change your name—to get a card in your new name.

▼ are unable to work because of a severe disability expected to last a year or more.

▼ are 62 or older—to ask about retirement checks.

▼ are within 2 or 3 months of age 65, even if you don't plan to retire—to sign up for Medicare.

**U.S. Department of Health, Education, and Welfare**
Social Security Administration
Form OA-702 (4-76

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER.   HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

# CERTIFICATION OF BIRTH

STATE FILE NUMBER: **109-1966-100824**     DATE FILED: **January 10, 1967**

CHILD'S NAME: **ANGELA   DELANE   SMITH**

DATE OF BIRTH: **████████, 1966**

SEX: **FEMALE**

COUNTY OF BIRTH: **BROWARD COUNTY**

MOTHER'S MAIDEN NAME: **LOUISE   DIXON**

## THIS SPACE INTENTIONALLY LEFT BLANK

DATE ISSUED:     **October 27, 2014**

*[signature]*, **State Registrar**

REQ: **2015361103**

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.
**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATER-MARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.



**\* 3 1 7 1 8 9 4 5 \***

DH FORM 1946 (03-13)


**CERTIFICATION OF VITAL RECORD**




Florida HEALTH

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES WITH ANGELA SMITH                    PLAINTIFF

Versus

CAUSE NO. _____

THE NORTHERN TRUST COMPANY, ET AL;                    DEFENDANTS
UNIVERSAL AMERICAN MORTGAGE, LLC;
ALDRIGE PITE, LLP

## ORDER DENYING DEBTOR'S MOTION FOR SANCTIONS, MOTION FOR CHANGE OF VENUE AND MOTION TO RECUSE

On the 2ND day of September 2015, in a moot and frivolous action case # CACE-15-05830 this

case is before THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL IN AND FOR

BROWARD COUNTY, FLORIDA and upon The Northern Trust Company, et al (the "Debtor")

Motion for [Eviction] against Creditor Angela-Delane:Smith with United States. Enclosed is a

true and correct copy of the correct and perfected deed and means and defenses of coming

against **FEDERAL TRUST LANDS due to the fact it is now part of the infant's estate.**

Following:

### MEANS AND DEFENSES

*Litigation*

*To initiate or defend, at my discretion, any litigation affecting the estate of Angela Delane of the family of Smith Administrator and Beneficiary*

*hereinafter called the Owner and all benefits guaranteed under my human inherent rights. The tenants shall pay Owner $100,000 dollars U.S.*

SPECIAL                                    PRIVATE                                    PRIORTY

*Treasury Notes for any commencement of any litigation for non-compliance and $25,000 U.S. Treasury Notes every 25 minutes until litigation is resolved not to exceeded 2 hours including travel time to location and from location; charged $100,000 U.S. Treasury Notes for the initial contract or arguments and $22,000 U.S. Treasury Notes every instance of contracting, re-contracting or requesting arguments. No further insubordination will be accepted in this matter.*

*An additional $100,000 U.S. Treasury Notes will automatically be charged to the Tenants and fiduciaries upon any commencement of any litigation without the estate of Angela Delane of the family of Smith Administrator and Beneficiary hereinafter called the Owner's written consent. All litigation other than Civil shall be heard at Complaint Procedure Unit Human Rights Council Branch Office of the United Nations High Commissioner for Human Rights United Nations Office at Geneva CH-1211 Geneva 10, Switzerland for remedy and recourse. No other jurisdictions are allowed other than by expressed consent of the Owner. The Civil side has been close and sealed by Owner.*

***Adjustment of Claims***

*The owner assumes all rights to submit to arbitration, to compromise or to release or otherwise adjust, only with compensation $10,000 U.S. Treasury Notes to be paid 30 days in advance dealing with any and all claims affecting the Angela Delane of the family of Smith Administrator and Beneficiary hereinafter called the Owner's estate. THE OWNER IS NOW THE UNITED STATES WITH ANGELA DELANE- SMITH.*

THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL IN AND FOR BROWARD COUNTY, FLORIDA Lacks Jurisdiction in regard to **Federal Trust Lands.**

*The owner [the **UNITED STATES WITH ANGELA-DELANE:SMITH TRUE OWNER]** shall have sole authority to determine what shall be defined as income and what shall be defined as principal of the property established by this agreement, and to determine my human inherent rights and benefits that are accepted.*

*In the event that any portion of this agreement created hereby shall be held illegal, invalid or otherwise inoperative, it will be considered warring against the Constitution of the United States. It's my intention that all of the other provisions hereof shall continue to be fully effective and operative insofar as is possible and reasonable.]*

The CIRCUIT COURT OF SEVENTEENTH JUDICIAL IN AND FOR BROWARD COUNTY, FLORIDA; The Northern Company, et al has continued waging BELLY against the **infant's estate and FEDERAL TRUST LANDS.** Motion for Change of Venue Auth. [sic] 28 U.S.C. §[§] 1404(a), 1406(a), 1631 (the "Motion for Change of Venue,"), and Memorandum of Law to Support Debtor['s] Motion to Disqualify Barry Stone Auth. [sic] 28 U.S.C. [§] 455(ii) Is acting as a lawyer in the proceeding;). After consideration of the Debtor's arguments raised in Judge Barry Stone motions along with The Northern Company, et al at the moot and frivolous case # CACE-15-15830 civil case, the Court concludes that the motions should be granted.

## I. Background

Now comes the United States with Angela Delane-Smith, a non-corporate entity with this

SPECIAL                                    PRIVATE                                    PRIORTY

JUDICIAL NOTICE AND ADMINISTRATIVE NOTICE; IN THE NATURE OF A WRIT OF

ERROR, *CORAM NOBIS*, AND A DEMAND FOR DISMISSAL FOR FAILURE TO STATE

THE PROPER JURISDICTION AND VENUE

Pursuant to FRCP Rule 4 (j).

This Court is defined under FRCP Rule 4 (j) as a FOREIGN STATE as defined

under 28 USC, CHAPTER 97—JURISDICTIONAL IMMUNITIES OF FOREIGN

STATES, Sec. 1602 -1611. The FOREIGN SOVEREIGN IMMUNITIES ACT (FSIA)

allows the United States with Angela Delane Smith to challenge jurisdiction, therefore full

disclosure of the true jurisdiction of this Court is now being Demanded.

Any failure to disclose the true jurisdiction is a violation of **15 Statutes at Large,**

**Chapter 249 (section 1), enacted July 27, 1868**

Chap. CCXLIX. ---An Act concerning the Rights of American Nationalized Citizens in foreign

States Whereas the rights of expatriation is a nature and inherent right of all people,

indispensable to the enjoyment of the rights of life, liberty, and the pursuit of

happiness; and whereas in the recognition of this principle this government has

freely received emigrants from all nations, and invested them with the right of

citizenship; and whereas it is claimed that such American nationalized citizens, with their

descendants, are subjects of foreign states, owing allegiance to the government

thereof; and whereas it is necessary to the maintenance of public peace that this

claim of foreign allegiance should be promptly and finally disavowed;

Thereof.

Be it enacted by the Senator and the House of Representatives of the United

States of American in Congress assembled, That any declaration, instruction,

opinion, order, or decision, of any officers of is government which denies,

restricts, impairs or questions the rights of expatriation, is hereby declared

inconsistent with the fundamental principles of this government.

As an American Nationalized Citizen, I hold the inherent right of the 11th Amendment. "The

judicial power shall not be construed to extend to any suit in law or equity, commenced

or prosecuted by a Foreign State." If this FOREIGN STATE is misusing the name of this

American Nationalized Citizen by placing it in all caps or misusing the last name or using the

term "person" as a CORPORATION, all complaints and suits against such CORPORATION

fall under the FSIA and the DEPT OF STATE OFFICES in Washington DC. DC had to be

notified pursuant to 22 CFR 93.1-93.2. This procedure was not followed by the

Plaintiff(s). A copy of the FSIA has to be filed with the complaint to the Defendant's

agent and the chief executive officer of that CORPORATION.

Any MUNICIPAL, COUNTY, OR STATE COURT lacks jurisdiction to hear any

case under the FOREIGN STATE definitions. This jurisdiction lies with the UNITED

STATES DISTRICT COURT under the FSIA Statutes pursuant to 28 USC sec. 1330.

Because the Defendant is a non-corporate entity, and is not registered with any

Secretary of State as a CORPORATION, The Northern Trust Company, et al has **FAILED** to

state a claim to which relief can be granted under 12(b) (6). Therefore this matter must be

dismissed for lack of political, personam, subject matter jurisdiction, and Venue under the 11th

Amendment.

The United States with Angela Delane Smith is now placing a Demand for jurisdiction and

venue change under new discovery of information of fraud and failure of disclosure by the Court,

The Northern Trust Company, et al, and, therefore a dismissal of charges, with prejudice,

in favor of United States with Angela Delane Smith is Demanded because of fraud placed upon

the court. (see Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238 (1944)).

**The first issue** of fraud is the deception of the Court's proper Name from that of

the People's proper Constitutional court to that of the corporation court name.

a) the fact that the United States with Angela Delane Smith bel has been denied the use of

constitutionally protected rights under the Bill of Rights, and

b) the fact that the United States with Angela Delane Smith has been denied the use of this

States' and the federal statutory laws as a defense, and

c) and the denial of the use of Acts of Congress, and

d) that this action is a direct violation of the Clearfield Trust Doctrine.

**The second issue** of fraud is that "there is but one cause of action and that is

civil," and this Court has the United States with Angela Delane Smith in a "criminal action."

**The third issue** of fraud is that all criminal action comes under Title 50 USC,

chapter 3, Alien Enemy, in Appendix section 23, Jurisdiction of the United States court

and judges.

a) This Court has fraudulently allowed the The Northern Company, et al in declaring (or

assuming) the United States with Angela Delane Smith is an "enemy of the State" by the use of

the "State of Emergency," under

b) The 1933 national State of Emergency*(has accepted the Judicial, Legislative, Executive*

*Branch of the United States, Federal Bureau Investigation, Navy, Army, Marines,  and the*

*United States Congress offer of HJR 192 Public Law 73-10 and accepted 12 US 95 with*

*emphasis on 95 a part 2 see amnesty oath*) clause resulting in the pillaging in the infant's estate

and extortion with intent to cause harm to the United States with Angela Delane Smith el, and

c) This was not disclosed to the United States with Angela Delane Smith by the Court, The Northern Company, et al. Continuously publishing false, scandalous, malicious, defamatory, libel against the United States with Angela Delane Smith. Use of unconstitutional exercise of power is libeling the United States with Angela Delane Smith in a manner tending to incite rebellion, sedition, and treason to the laws of the United States. By having published a false, scandalous and malicious attack of character of the United States with Angela Delane Smith with an intent to incite the hatred and contempt of Congress and the executive office. Continuously moot and frivolous orders against the United States with force and color of law making false orders, scandalous orders, and malicious orders against the United States with Angela Delane Smith, an open violation of law (Equity) and against the peace and dignity of the United States.

TITLE 50, APPENDIX App. > TRADING WITH THE ENEMY ACT OF 1917,

§ 21

§ 21. Claims of naturalized citizens as affected by expatriation

The claim of any naturalized American citizen under the provisions of this Act [sections 1 to 6, 7 to 39, and 41 to 44 of this Appendix] shall not be denied on the ground of any presumption of expatriation which has arisen against him, under the second sentence of section 2 of the Act entitled "An Act in reference to the expatriation of citizens and their protection abroad," approved March 2, 1907, if he shall give satisfactory evidence to the President, or the court, as the case may be, of his uninterrupted loyalty to the United States during his absence, and that he has returned to the United States, or that he, although desiring to return, has been prevented from so returning by circumstances beyond his control.

**The fourth issue** of fraud is that the Court, The Northern Trust Company, et al all have full knowledge of the 1959 Executive Order 10834 that placed this Court under the State of

SPECIAL                                    PRIVATE                                    PRIORTY

Emergency and under jurisdiction the presidential flag and of military jurisdiction.

a) This Court and its Court officers are in violation of the Military Commission Act, and

b) in violation of the General Orders 100 under the Lieber Code ("INSTRUCTIONS for

the GOVERNMENT OF ARMIES of THE UNITED STATES IN THE FIELD" prepared

by Francis Lieber, LL.D., (Originally issued as GENERAL ORDERS No. 100, Adjutant

General's Office, 1863)), and

c) of Executive Order 10834, Sec. 24.

(a) The Secretary of Defense in respect of procurement for the Department of Defense (including

military colors) and the Administrator of General Services in respect of procurement for

executive agencies other than the Department of Defense may, for cause which the Secretary or

the Administrator, as the case may be, deems sufficient, make necessary minor adjustments in

one or more of the dimensions or proportionate dimensions prescribed by this order, or authorize

proportions or sizes other than those prescribed by section 3 or section 21 of this

order.

The United States with Angela Delane Smith now Demands a proper jurisdiction and a venue

change to the People's Constitutional Article III court, and for the court to function in good

behavior or for this action to be dismissed, with prejudice, in favor of United States with Angela

Delane Smith.


### Motion for Change of Venue

On the 14th February 2018, the United States with Angela Delane Smith, Creditor asserts three

grounds for request of change of venue i.e, 28 U.S.C. §§ 1404(a), 1406(a), 1631. The Court will

address each basis in turn.

### Change of Venue pursuant to § 1404(a)

Venue is different from jurisdiction in that "[j]urisdiction is the power to adjudicate, while venue, which relates to the place where judicial authority may be exercised, is intended for the convenience of the litigants." Still v. Rossville Crushed Stone Co., 370 F.2d 324, 325 (6th Cir. 1966); see also Robert E. Lee & Co. v. Veatch, 301 F.2d 434, 436 (4th Cir. 1961) ("Venue is a concept old in our jurisprudence. As opposed to jurisdiction, which relates to the territorial power of a court to hear a controversy, venue relates only to the place where a litigant may require the case to be heard. It is a privilege which permits the one in whose favor it runs to have the case tried at a convenient place."). 28 U.S.C § 1408 specifies venue of cases under title 11 and provides that a bankruptcy case may be filed in the court for the district within which the debtor's domicile, residence, principal place of business, or principal assets have been located for at least the greater portion of the 180-day period preceding commencement of the case.

"'For the convenience of parties and witnesses,' section 1404(a) allows the courts to transfer an action to another proper venue if such a transfer

**Transfer of Venue pursuant to § 1406(a)**

Section 1406(a) provides for change of venue in the following manner: "The . . . court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Here, the Debtor never argued that the venue of the Court was improper; thus, he does not prevail on this basis and his motion to transfer venue on this ground is denied.

**Change of Venue pursuant to § 1631**

Section 1631 provides as follows:

Whenever a civil action is filed in a court as defined in section 610 of this title or an appeal, including a petition for review of administrative action, is noticed for or filed with such a court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES WITH ANGELA SMITH
PLAINTIFF

Versus                         CAUSE NO._____

THE NORTHERN TRUST COMPANY, ET AL;
UNIVERSAL AMERICAN MORTGAGE, LLC;
ALDRIGE PITE, LLP
DEFENDANTS

### <u>Motion for Temporary Restraining Order,</u>
### <u>Preliminary Injunction and Permanent Injunction</u>



# under 28 usc1746



Autograph:
Smith, Angela FOR ANGELA
DELANE SMITH with the United
States

Date: February 14, 2018



SPECIAL                              PRIVATE                                      PRIORTY

**BENJAMIN G. GREENBERG**

**UNITED STATES ATTORNEY**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES WITH ANGELA SMITH                              PLAINTIFF

        Versus

CAUSE NO. _____

THE NORTHERN TRUST COMPANY, ET AL;                          DEFENDANTS
UNIVERSAL AMERICAN MORTGAGE, LLC;
ALDRIGE PITE, LLP

### Motion for Temporary Restraining Order,

### Preliminary Injunction and Permanent Injunction

On this 4th day of February 2018, I Angela Smith with the United States, motion the court to get

me a temporary restraining order, preliminary injunction, and permanent injunction under Rule

5.1 on moot and frivolous Case CACE-15-15830 in THE CIRCUIT COURT OF THE

SEVENTEENTH JUDICIAL IN AND FOR BROWARD COUNTY, FLORIDA. First

constitutional question has 2 parts.

1. Can Northern Trust Company et al, successors and assignors pillage an infant's estate?

2. Can Northern Trust Company et al, successors and assignors question a public debt? Second,

*"there is no evidence whatsoever that members of Congress are risk-averse about the possibility*

SPECIAL                                          PRIVATE                                          PRIORTY

*that legislation they believe to be wise policy will be invalidated by the courts."21. Schauer,*

supra *note 5, at 92. Given their incentives, moreover, "[o]ne would expect them to err on the*

*side of assuming constitutionality under conditions of uncertainty about what the courts are*

*likely to do."*

3. If a deed is attached to the infant's estate, do a Justice Court have venue in this matter.

**Rule 5.1. Constitutional Challenge to a Statute**

*(a) Notice by a Party. A party that files a pleading, written motion, or other paper drawing into question the constitutionality of a federal or state statute must promptly:(1) file a notice of constitutional question stating the question and identifying the paper that raises it, if:*

*(A) a federal statute is questioned and the parties do not include the United States, one of its agencies, or one of its officers or employees in an official capacity; or*

*(B) a state statute is questioned and the parties do not include the state, one of its agencies, or one of its officers or employees in an official capacity; and*

*(2) serve the notice and paper on the Attorney General of the United States if a federal statute is questioned—or on the state attorney general if a state statute is questioned—either by certified or registered mail or by sending it to an electronic address designated by the attorney general for this purpose.*

*(b) Certification by the Court. The court must, under 28 U.S.C. §2403, certify to the appropriate attorney general that a statute has been questioned.*

*(c) Intervention; Final Decision on the Merits. Unless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed or after the court certifies the challenge, whichever is earlier. Before the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional.*

*(d) No Forfeiture. A party's failure to file and serve the notice, or the court's failure to certify, does not forfeit a constitutional claim or defense that is otherwise timely asserted.*

*Notes*

*(As added Apr. 12, 2006, eff. Dec. 1, 2006; amended Apr. 30, 2007, eff. Dec. 1, 2007.)*

*Committee Notes on Rules—2006*

*Rule 5.1 implements 28 U.S.C. §2403, replacing the final three sentences of Rule 24(c). New Rule 5.1 requires a party that files a pleading, written motion, or other paper drawing in question the constitutionality of a federal or state statute to file a notice of constitutional question and serve it on the United States Attorney General or state attorney general. The party must promptly file and serve the notice of constitutional question. This notice requirement supplements the court's duty to certify a constitutional challenge to the United States Attorney General or state attorney general. The notice of constitutional question will ensure that the attorney general is notified of constitutional challenges and has an opportunity to exercise the statutory right to intervene at the earliest possible point in the litigation. The court's certification obligation remains, and is the only notice when the constitutionality of a federal or state statute is drawn in question by means other than a party's pleading, written motion, or other paper.*

*Moving the notice and certification provisions from Rule 24(c) to a new rule is designed to attract the parties' attention to these provisions by locating them in the vicinity of the rules that require notice by service and pleading.*

*Rule 5.1 goes beyond the requirements of §2403 and the former Rule 24(c) provisions by requiring notice and certification of a constitutional challenge to any federal or state statute, not only those "affecting the public interest." It is better to assure, through notice, that the attorney general is able to determine whether to seek intervention on the ground that the act or statute affects a public interest. Rule 5.1 refers to a "federal statute," rather than the §2403 reference to an "Act of Congress," to maintain consistency in the Civil Rules vocabulary. In Rule 5.1 "statute" means any congressional enactment that would qualify as an "Act of Congress."*

*Unless the court sets a later time, the 60-day period for intervention runs from the time a party files a notice of constitutional question or from the time the court certifies a constitutional challenge, whichever is earlier. Rule 5.1(a) directs that a party promptly serve the notice of constitutional question. The court may extend the 60-[day] period on its own or on motion. One occasion for extension may arise if the court certifies a challenge under §2403 after a party files a notice of constitutional question. Pretrial activities may continue without interruption during the intervention period, and the court retains authority to grant interlocutory relief. The court may reject a constitutional challenge to a statute at any time. But the court may not enter a final judgment holding a statute unconstitutional before the attorney general has responded or the intervention period has expired without response. This rule does not displace any of the statutory or rule procedures that permit dismissal of all or part of an action—including a constitutional challenge—at any time, even before service of process.*

*Changes Made After Publication and Comment. Rule 5.1 as proposed for adoption incorporates several changes from the published draft. The changes were made in response to public comments and Advisory Committee discussion.*

*The Advisory Committee debated at length the question whether the party who files a notice of constitutional question should be required to serve the notice on the appropriate attorney general. The service requirement was retained, but the time for intervention was set to run from the earlier of the notice filing or the court's certification. The definition of the time to intervene was changed in tandem with this change. The published rule directed the court to set an intervention time not less than 60 days from the court's certification. This was changed to set a 60-day period in the rule "[u]nless the court sets a later time." The Committee Note points out that the court may extend the 60-day period on its own or on motion, and recognizes that an occasion for extension may arise if the 60-day period begins with the filing of the notice of constitutional question.*

*The method of serving the notice of constitutional question set by the published rule called for serving the United States Attorney General under Civil Rule 4, and for serving a state attorney general by certified or registered mail. This proposal has been changed to provide service in all cases either by certified or registered mail or by sending the Notice to an electronic address designated by the attorney general for this purpose.*

*The rule proposed for adoption brings into subdivision (c) matters that were stated in the published Committee Note but not in the rule text. The court may reject a constitutional challenge at any time, but may not enter a final judgment holding a statute unconstitutional before the time set to intervene expires.*

*The published rule would have required notice and certification when an officer of the United States or a state brings suit in an official capacity. There is no need for notice in such circumstances. The words "is sued" were deleted to correct this oversight.*

*Several style changes were made at the Style Subcommittee's suggestion. One change that straddles the line between substance and style appears in Rule 5.1(d). The published version adopted the language of present Rule 24(c): failure to comply with the Notice or certification requirements does not forfeit a constitutional "right." This expression is changed to "claim or defense" from concern that reference to a "right" may invite confusion of the no-forfeiture provision with the merits of the claim or defense that is not forfeited.*

## 4. What is the constitutional limits that prevents Justice Court, Barry Stone, and Northern Trust Company from using indiscriminate or excessive force in cases of civil unrest?.

*(**SEC. 27.** And be it further enacted, That it shall be unlawful for any officer acting under the provisions of this act to countersign or deliver to any association, or to any other company or person, any circulating notes contemplated by this act, except as hereinbefore provided, and in accordance with the true intent and meaning of this act. And any officer who shall violate the provisions of this section shall be deemed guilty of a high misdemeanor, and on conviction thereof shall be punished by fine not exceeding double the amount so countersigned and delivered, and imprisonment not less than one year and not exceeding fifteen years, at the discretion of the court in which he shall be tried.*

*__SEC. 28.__ And be it further enacted, That it shall be lawful for any such association to purchase, hold, and convey real estate as follows: —*

*First. Such as shall be necessary for its immediate accommodation in the transaction of its business.*

*__Second.__ Such as shall be mortgaged to it in good faith by way of security for debts previously contracted.*

*__Third.__ Such as shall be conveyed to it in satisfaction of debts previously contracted in the course of its dealings.*

SPECIAL                                 PRIVATE                                 PRIORTY

*Fourth. Such as it shall purchase at sales under Judgements, decrees, or mortgages held by such association, or shall purchase to secure debts due to said association.*

*Such associations shall not purchase or hold real estate in any other case or for any other purpose than as specified in this section. Nor shall it hold possession of any real estate under mortgage, or hold the title and possession of any real estate purchased to secure any debts due to it for a longer period than five years.*

***SEC. 53.*** *And be it further enacted, That if the directors of any association shall knowingly violate, or knowingly permit any of the officers, agents, or servants of the association to violate any of the provisions of this act, all the rights, privileges, and franchises of the association derived from this act shall be thereby forfeited. Such violation shall, however, be determined and adjudged by a proper circuit, district, or territorial court of the United States, in a suit brought for that purpose by the comptroller of the currency, in his own name, before the association shall be declared dissolved. And in cases of such violation, every director who participated in or assented to the same shall be held liable in his personal and individual capacity for all damages which the association, its shareholders, or any other person, shall have sustained in consequences of such violation.*

*7 CFR 1980.308 - Full faith and credit*                                 *§ 1980.308*

*Full faith and credit and indemnification.*

*(a) **Full faith and credit. The loan note guarantee constitutes an obligation supported by the full faith and credit of the United States** and is **incontestable except for fraud or misrepresentation** of which the Lender has actual knowledge at the time it becomes such Lender or which the Lender participates in or condones. **Misrepresentation includes negligent misrepresentation.** A note which provides for the payment of interest on interest shall not be guaranteed. Any guarantee or assignment of a guarantee attached to or relating to a note which provides for the payment of interest on interest is void. Notwithstanding the prohibition of interest on interest, interest may be capitalized in connection with **reamortization** over the remaining term with written concurrence of RHS. **The loan note guarantee will be unenforceable to the extent any loss is occasioned by violation of usury laws, negligent servicing, or failure to obtain the required security regardless of the time at which RHS acquires knowledge of the foregoing. Negligent servicing is defined as servicing that is inconsistent with this subpart and includes the failure to perform those services which a reasonably prudent lender would perform in servicing its own loan portfolio of loans that are not guaranteed. The term includes not only the concept of a failure to act,** but also not acting in a timely manner or acting contrary to the manner in which a reasonably prudent lender would act up to the time of loan maturity or until a final loss is paid. Any losses occasioned will be unenforceable to the extent that loan funds are used for purposes other than those authorized in this subpart. When the lender conducts liquidation in an expeditious manner, in accordance with the provisions of § 1980.374 of this subpart, the loan note guarantee shall cover interest until the claim is paid within the limit of the guarantee.*

*(b) Indemnification. If RHS determines that a Lender did not originate a loan in accordance with the requirements in this subpart, and RHS pays a loss claim under the loan note guarantee as a result of the originating **Lender's nonconforming action or failure to act, RHS may revoke the originating Lender's eligibility status** in accordance with § 1980.309(heart) of this subpart and may also require the originating Lender:*

*(1) **To indemnify RHS for the loss,** if the payment under the guarantee was made within 24 months of loan closing, when one or more of the following conditions is satisfied:*

*(i) **The originating Lender utilized unsupported data or omitted material information when submitting the request for a conditional commitment to RHS;***

*(ii) The originating Lender failed to properly verify and analyze the applicant's income and employment history in accordance with Agency guidelines;*

*(iii) The originating Lender failed to address property deficiencies identified in the appraisal or inspection report that affect the health and safety of the occupants or the structural integrity of the property;*

*(iv) **The originating Lender used an appraiser that was not properly licensed or certified, as appropriate,** to make residential real estate appraisals in accordance with § 1980.334(a) of this subpart; or,*

*(2) To indemnify RHS for the loss, regardless of how long ago the loan closed, if RHS determines that there was fraud or misrepresentation in connection with the origination of the loan of which the originating Lender had actual knowledge at the time it became such Lender or which the originating Lender participated in or condoned. Misrepresentation includes negligent misrepresentation)*

**The United States with Angela Delane Smith have honorably sought RELIEF and a STAY from**

**the SHERIFF'S 'WRITS OF EXECUTION' by way of the following:**

SPECIAL                                    PRIVATE                                    PRIORTY

a). They are stressfully awaiting (decisions made by others) to commit sedition, treason, and rebellion against the United States and questioning public debt

b). The United States with Angela Delane Smith is hoping that some sympathetic 'Public Servant' or that an 'Article III Judge' will act to (grant) a STAY or Injunction, stopping the 'Writs of Execution' planned to be enforced by The Northern Trust Company, et al; thus *stopping any eviction as of February 14, 2018.*

Reality and Fact: If the United States with Angela Delane Smith, who are subjects of the 'WRITS OF EXECUTION' enforcements by The Northern Trust Company, et al, are to ever get Justice and REMEDY, they should, and must, at the least, answer the following case-relevant questions. FACTS about the following amenable QUESTIONS must be known, ANSWERED, and DISCLOSED! Does the Sheriff have any rights of jurisdiction on **FEDERAL TRUST PROPERTY**? The Northern Trust Company, et al, Judge Barry Stone should answer the questions with honesty, integrity, surety, and confidence.

District court of the United States for the Southern district of Florida

UNITED STATES OF AMERICA CASE #
UNITED STATES WITH ANGELA DELANE SMITH
PLAINTIFF
Vs

THE NORTHERN TRUST COMPANY, ET AL;
UNIVERSAL AMERICAN MORTGAGE, LLC;
ALDRIGE PITE, LLP
DEFENDANTS

_____

Petitioner/Administrator

SPECIAL                                    PRIVATE                                    PRIORTY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES WITH ANGELA SMITH                              PLAINTIFF

      Versus

                                         CAUSE NO. _____

THE NORTHERN TRUST COMPANY, ET AL;                          DEFENDANTS
UNIVERSAL AMERICAN MORTGAGE, LLC;
ALDRIGE PITE, LLP

### TAKE JUDICIAL NOTICE AND ADMINISTRATIVE NOTICE; IN THE NATURE OF A WRIT OF ERROR, *CORAM NOBIS*, AND A DEMAND FOR DISMISSAL FOR FAILURE TO STATE THE PROPER JURISDICTION AND VENUE

TAKE JUDICIAL NOTICE AND ADMINISTRATIVE NOTICE; IN THE NATURE OF A WRIT OF ERROR, *CORAM NOBIS*, AND A DEMAND FOR DISMISSAL FOR FAILURE TO STATE THE PROPER JURISDICTION AND VENUE

Now comes the United States with Angela Delane Smith, a non-corporate entity with this JUDICIAL NOTICE AND ADMINISTRATIVE NOTICE; IN THE NATURE OF A WRIT OF ERROR, *CORAM NOBIS*, AND A DEMAND FOR DISMISSAL FOR FAILURE TO STATE THE PROPER JURISDICTION AND VENUE

Pursuant to FRCP Rule 4 (j).

This Court is defined under FRCP Rule 4 (j) as a FOREIGN STATE as defined under 28 USC, CHAPTER 97—JURISDICTIONAL IMMUNITIES OF FOREIGN STATES, Sec. 1602 -1611. The FOREIGN SOVEREIGN IMMUNITIES ACT (FSIA)

allows the United States with Angela Delane Smith to challenge jurisdiction, therefore full

disclosure of the true jurisdiction of this Court is now being Demanded.

Any failure to disclose the true jurisdiction is a violation of **15 Statutes at Large,**

**Chapter 249 (section 1), enacted July 27, 1868**

Chap. CCXLIX. ---An Act concerning the Rights of American Nationalized Citizens in foreign

States

Whereas the rights of expatriation is a nature and inherent right of all people,

indispensable to the enjoyment of the rights of life, liberty, and the pursuit of

happiness; and whereas in the recognition of this principle this government has

freely received emigrants from all nations, and invested them with the right of

citizenship; and whereas it is claimed that such American nationalized citizens, with their

descendants, are subjects of foreign states, owing allegiance to the government

thereof; and whereas it is necessary to the maintenance of public peace that this

claim of foreign allegiance should be promptly and finally disavowed;

Thereof.

Be it enacted by the Senator and the House of Representatives of the United

States of American in Congress assembled, That any declaration, instruction,

opinion, order, or decision, of any officers of is government which denies,

restricts, impairs or questions the rights of expatriation, is hereby declared

inconsistent with the fundamental principles of this government.

*As an American Nationalized Citizen, I hold the inherent right of the 11th Amendment.* "The

judicial power shall not be construed to extend to any suit in law or equity, commenced

or prosecuted by a Foreign State." If this FOREIGN STATE is misusing the name of this

American Nationalized Citizen by placing it in all caps or misusing the last name or using the

term "person" as a CORPORATION, all complaints and suits against such CORPORATION

fall under the FSIA and the DEPT OF STATE OFFICES in Washington DC. DC had to be

notified pursuant to 22 CFR 93.1-93.2. This procedure was not followed by the

Plaintiff(s). A copy of the FSIA has to be filed with the complaint to the Defendant's

agent and the chief executive officer of that CORPORATION.

Any MUNICIPAL, COUNTY, OR STATE COURT lacks jurisdiction to hear any

case under the FOREIGN STATE definitions. This jurisdiction lies with the UNITED

STATES DISTRICT COURT under the FSIA Statutes pursuant to 28 USC sec. 1330.

Because the Defendant is a non-corporate entity, and is not registered with any

Secretary of State as a CORPORATION, The **Northern Trust Company, et al** has **FAILED** to

state a claim to which relief can be granted under 12(b) (6). Therefore this matter must be

dismissed for lack of political, personam, subject matter jurisdiction, and Venue under the 11th

Amendment.

The United States with Angela Delane Smith is now placing a Demand for jurisdiction and

venue change under new discovery of information of fraud and failure of disclosure by the Court,

The **Northern Trust Company, et al**, and, therefore a dismissal of charges, with prejudice,

in favor of United States with Angela Delane Smith is Demanded because of fraud placed upon

the court. (see Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238 (1944)).

**The first issue** of fraud is the deception of the Court's proper Name from that of

the People's proper Constitutional court to that of the corporation court name.

a) the fact that the United States with Angela Delane Smith has been denied the use of

constitutionally protected rights under the Bill of Rights, and

b) the fact that the United States with Angela Delane Smith has been denied the use of this States' and the federal statutory laws as a defense, and

c) and the denial of the use of Acts of Congress, and

d) that this action is a direct violation of the Clearfield Trust Doctrine.

**The second issue** of fraud is that "there is but one cause of action and that is civil," and this Court has the United States with Angela Delane Smith in a "criminal action."

**The third issue** of fraud is that all criminal action comes under Title 50 USC, chapter 3, Alien Enemy, in Appendix section 23, Jurisdiction of the United States court and judges.

a) This Court has fraudulently allowed The Northern Trust Company, et al in declaring (or assuming) the United States with Angela Delane Smith is an "enemy of the State" by the use of the "State of Emergency," under

b) The 1933 national State of Emergency*(has accepted the Judicial, Legislative, Executive Branch of the United States, Federal Bureau Investigation, Navy, Army, Marines,  and the United States Congress offer of HJR 192 Public Law 73-10 and accepted 12 US 95 with emphasis on 95 a part 2 see amnesty oath)* clause resulting in the pillaging in the infant's estate and extortion (see perfected deed page 160) with intent to cause harm to the United States with **Angela Delane Smith,** and

c) This was not disclosed to the United States with Angela Delane Smith by the Court, The Northern Trust Company, et al (said I was delusional) alleged hearing. Continuously publishing *false, scandalous, malicious, defamatory, libel against the United States with Angela Delane Smith.* Use of unconstitutional exercise of power is libeling the United States with Angela Delane Smith in a manner tending to incite rebellion, sedition, and treason to the laws of the

United States. By having published a false, scandalous and malicious attack of character of the United States with Angela Delane Smith with an intent to incite the hatred and contempt of Congress and the executive office. Continuously moot and frivolous orders against the United States with force and color of law making false orders, scandalous orders, and malicious orders against the United States with Angela Delane Smith, an open violation of law (Equity) and against the peace and dignity of the United States.

TITLE 50, APPENDIX App. > TRADING WITH THE ENEMY ACT OF 1917,

§ 21

§ 21. Claims of naturalized citizens as affected by expatriation

The claim of any naturalized American citizen under the provisions of this Act [sections 1 to 6, 7 to 39, and 41 to 44 of this Appendix] shall not be denied on the ground of any presumption of expatriation which has arisen against him, under the second sentence of section 2 of the Act entitled "An Act in reference to the expatriation of citizens and their protection abroad," approved March 2, 1907, if he shall give satisfactory evidence to the President, or the court, as the case may be, of his uninterrupted loyalty to the United States during his absence, and that he has returned to the United States, or that he, although desiring to return, has been prevented from so returning by circumstances beyond his control.

**The fourth issue** of fraud is that the Court, The Northern Trust Company, et al all have full knowledge of the 1959 Executive Order 10834 that placed this Court under the State of Emergency and under jurisdiction the presidential flag and of military jurisdiction.

a) *This Court and its Court officers are in violation of the Military Commission Act, and*

b) in violation of the General Orders 100 under the Lieber Code ("INSTRUCTIONS for the GOVERNMENT OF ARMIES of THE UNITED STATES IN THE FIELD" prepared

SPECIAL                                    PRIVATE                                    PRIORTY

by Francis Lieber, LL.D., (Originally issued as GENERAL ORDERS No. 100, Adjutant

General's Office, 1863)), and

c) of Executive Order 10834, Sec. 24.

(a) The Secretary of Defense in respect of procurement for the Department of Defense (including

military colors) and the Administrator of General Services in respect of procurement for

executive agencies other than the Department of Defense may, for cause which the Secretary or

the Administrator, as the case may be, deems sufficient, make necessary minor adjustments in

one or more of the dimensions or proportionate dimensions prescribed by this order, or authorize

proportions or sizes other than those prescribed by section 3 or section 21 of this

order.

The United States with Angela Delane Smith now Demands a proper jurisdiction and a venue

change to the People's Constitutional Article III court, and for the court to function in good

behavior or for this action to be dismissed, with prejudice, in favor of United States with Angela

Delane Smith.

SPECIAL                                    PRIVATE                                    PRIORTY

## JURAT/ACKNOWLEDGMENT

State of Florida   )

Broward County      )

On this __14th__ day of __Feb__ AD 2018 Signor did personally appear before me, is known to

be the person operating in the requisite capacity for signature described herein, who executed the

foregoing, acknowledged the contents thereof; and executed the same as his free act and deed.

Subscribed and agreed to before the undersigned.

Notary public __Tysina Brock-mcdowell__

c/o _____

My Commission Expires __4-6-2021__

WITNESS my hand and official seal.

_____
Signature of Notary Public

TYSINA D BROCK-MCDOWELL
Notary Public – State of Florida
Commission # GG 085765
My Comm. Expires Apr 6, 2021
Bonded through National Notary Assn.

SPECIAL                                    PRIVATE                                    PRIORTY

TITLE 28 > PART IV > CHAPTER 99 > § 1631
§ 1631. TRANSFER TO CURE WANT OF JURISDICTION
Whenever a civil action is filed in a court as defined in section 610 of this title or
an appeal, including a petition for review of administrative action, is noticed for
or filed with such a court and that court finds that there is a want of jurisdiction,
the court shall, if it is in the interest of justice, transfer such action or appeal to
any other such court in which the action or appeal could have been brought at the
time it was filed or noticed, and the action or appeal shall proceed as if it had been
filed in or noticed for the court to which it is transferred on the date upon which it
was actually filed in or noticed for the court from which it is transferred.
Now the Petitioner will point out in the federal statutes the ways the Court names
are spelled, and how they spell out the jurisdiction of the courts.
Under Title 28, sec 1391 this court under the heading of The United States
District Court or United States district court falls under chapter 97 JURISDICTIONAL
IMMUNITIES OF FOREIGN STATES as a Foreign State Court.
a) This information was not properly disclosed at the time of the filing in this case by the
clerk of court, or
b) it was not disclosed by the Court / judge, or
c) by the Prosecution, or
d) by a / the attorney(s) at the time of arraignment, trail or sentencing.
**Failure To Disclose The Foreign Sovereign Immunities Act of l976**
1. Under such Court action the Petitioner was never properly served per Fed. R. Civ. P.
under Rule 4 (j).
2. The Petitioner, under such foreign status and / or jurisdiction, has immunities under the
International Organizations Immunities Act (IOIA) Of 1945, HR 4489, P.L.291, 59
STAT 669. This is an Act of Congress as defined under 28 USC § 1652
3. The Petitioner also holds immunities under 49 stat 3097, Treaty Series 881, Rights and
Duties of the States. This is an Act of Congress defined under § 1652.
4. The Petitioner also holds immunities under the 11th Amendment of the U.S.
Constitution which was also an Act of Congress, and under the U.S. Constitution as
defined under 28 USC, §§ 1331 and 1652.
Petitioner will point out that 28 USC, sec. 610 clearly shows the **district court of
the United States** is the correct jurisdiction and venue as an Article III court to hear this
Petitioner's grievances under the bankruptcy of the United States which is just one of the
issue before this court. The STATE OF FLORIDA/ UNITED STATES OF
AMERICA is / was aware of the 1933 bankruptcy, and in Title 12, chapter 2, section 95,
95(a), and 95(b) that a declared state of emergency has been declared by many Presidents
of the united State of America.
**US Code - Title 28: Judiciary and Judicial Procedure**
28 USC 610 - Sec. 610. Courts defined
As used in this chapter the word "courts" includes the courts of appeals and
**district courts of the United States,** the United States District Court for the
District of the Canal Zone, the District Court of Guam, the District Court of the
Virgin Islands, the United States Court of Federal Claims, and the Court of
International Trade.

You will not find in the United States Code any jurisdiction or venue for the "UNITED STATES DISTRICT COURT" / "U.S. DISTRICT COURT" as all other courts have been correctly named and defined by legislative enactment and are being pointed out in this filing.

1. Title 28 USC under § 1331.

The **district courts** shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

2. This is an Act of Congress as defined under § 1343.

§ 1343. Civil rights and elective franchise

**(a)** The **district courts** shall have original jurisdiction of any civil action authorized by law to be commenced by any person:

**(1)** To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in section 1985 of Title 42;

**(2)** To recover damages from any person who fails to prevent or to aid in preventing any wrongs mentioned in section 1985 of Title 42 which he had knowledge were about to occur and power to prevent;

**(3)** To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;

3. TITLE 28 > PART V > CHAPTER 111 > § 1652

§ 1652. State laws as rules of decision

The laws of the several states, except where the Constitution or treaties of the United States or **Acts of Congress** otherwise require or provide, shall be regarded as rules of decision in civil actions in the courts of the United States, in cases where they apply.

**The Courts**

**First Court;**

TITLE 18 > PART I > CHAPTER 1 > § 23.1

§ 23.1 Court of the United States defined

As used in this title, except where otherwise expressly provided the term "**court of the United States**" includes the District Court of Guam, the District Court for the Northern Mariana Islands, and the District Court of the Virgin Islands.

**Second Court;**

TITLE 26 App. > TITLE II, THE COURT > Rule 10

Rule 10. Name, Office, and Sessions

**(a) Name: The name of the Court is the United States Tax Court.**

**(b) Office of the Court:** The principal office of the Court shall be in the District of Columbia, but the Court or any of its Divisions may sit at any place within the United States. *See Code secs. 7445 and 7701(a)(9).*

**(c) Sessions:** The time and place of sessions of the Court shall be prescribed by the Chief Judge.

**(d) Business Hours:** The office of the Clerk at Washington, D.C., shall be open during business hours on all days, except Saturdays, Sundays, and legal holidays in the District of Columbia, for the purpose of receiving petitions, pleadings,

motions, and other papers. Business hours are from 8:00 a.m. to 4:30 p.m. For l
egal holidays, see Rule 25(b).

**(e) Mailing Address:** Mail to the Court should be addressed to the United States
Tax Court, 400 Second Street, N.W., Washington, D.C. 20217. Other addresses, s
uch as locations at which the Court may be in session, should not be used, unless
the Court directs otherwise.

TITLE 26 > Subtitle F > CHAPTER 76 > Subchapter A > § 7402

§ 7402. Jurisdiction of district courts

**(a) To issue orders, processes, and judgments**

The **district courts of the United States** at the instance of the United States shall
have such jurisdiction to make and issue in civil actions, writs and orders of
injunction, and of ne exeat republica, orders appointing receivers, and such other
orders and processes, and to render such judgments and decrees as may be
necessary or appropriate for the enforcement of the internal revenue laws. The r
emedies hereby provided are in addition to and not exclusive of any and all other
remedies of the United States in such courts or otherwise to enforce such laws.

TITLE 26 > Subtitle F > CHAPTER 76 > Subchapter A > § 7403

§ 7403. Action to enforce lien or to subject property to payment of tax

**(a) Filing**

In any case where there has been a refusal or neglect to pay any tax, or to
discharge any liability in respect thereof, whether or not levy has been made, the
Attorney General or his delegate, at the request of the Secretary, may direct a civil
action to be filed in a **district court of the United States** to enforce the lien of the
United States under this title with respect to such tax or liability or to subject any
property, *of whatever nature, of the delinquent, or in which he has any right, title,
or interest,* to the payment of such tax or liability. For purposes of the preceding
sentence, any acceleration of payment under section 6166(g) shall be treated as a
neglect to pay tax.

**Third Court; under Tax issue.**

TITLE 26 > Subtitle F > CHAPTER 78 > Subchapter A > § 7604

§ 7604. Enforcement of summons

**(a) Jurisdiction of district court**

If any person is summoned under the internal revenue laws to appear, to testify, or
to produce books, papers, records, or other data, the **United States district court**
for the district in which such person resides or is found shall have jurisdiction by
appropriate process to compel such attendance, testimony, or production of books,
papers, records, or other data.

A) Upon the filing into the UNITED STATES DISTRICT COURT the IRS Attorney(s)
has committed fraud for failure to file their issue before the correct court name as found
in their own IRS CODES section. This failure violates the Rules of Ethics which "ALL
ATTORNEYS" are required to follow per the sworn Oath that was given by them. The
proper court heading is **United States Tax Court** Not the UNITED STATES DISTRICT
COURT.

B) Such filing into the UNITED STATES DISTRICT COURT now comes under
jurisdiction challenge per 28 USC § 1631. Transfer to cure want of jurisdiction. The
Petitioner will continue to point out further errors of the Attorney(s) for the IRS and that

the two other courts listed in their Title 26 Codes sections are the United States district court and the district court of the United States.

C) These IRS agents willfully failed to file into the correct jurisdiction and venue with willful intent to defraud the court and the defendants, causing harm, and injuries, and to cause all filings of the Plaintiff(s) to be dismissed under 12(b) because there is no correct setting of jurisdiction or venue before the court.

D) The People have not been made aware of this fraud upon the court and themselves until now. 28 USC, sec. 1631, however, allows the defendant(s) to correct this and place their case(s) under the Article III "district court of the United States" under control of and jurisdiction of sections 1331 and 1340.

E) The IRS is, by definition, an agency of a foreign State based in Puerto Rico in one of the territories of the UNITED STATES, Not a State of the United States. As the defendants are not citizens of such a territory the Attorney(s) for the IRS has committed and created intentional fraud upon the Court.

**Fourth Court;**
TITLE 28 > PART IV > CHAPTER 87 > § 1391
§ 1391. Venue generally
**(f)** A civil action against a foreign state as defined in section 1603(a) of this title may be brought—
**(1)** in any judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated;
**(2)** in any judicial district in which the vessel or cargo of a foreign state is situated, if the claim is asserted under section 1605(b) of this title;
**(3)** in any judicial district in which the agency or instrumentality is licensed to do business or is doing business, if the action is brought against an agency or instrumentality of a foreign state as defined in section 1603(b) of this title; or
**(4)** in the **United States District Court for the District of Columbia** if the action is brought against a foreign state or political subdivision thereof.

**Fifth Court;**
US Code - Title 28: Judiciary and Judicial Procedure
28 USC 610 - Sec. 610. Courts defined
As used in this chapter the word "courts" includes the courts of appeals and **district courts of the United States,** the United States District Court for the District of the Canal Zone, the District Court of Guam, the District Court of the Virgin Islands, the United States Court of Federal Claims, and the Court of International Trade.

**Sixth Court;**
**WHERE IS THE SIXTH COURT DEFINITION / CITE ?**
Now the Petitioner(s) has pointed out in each of the federal statutes cited the ways the Court names are spelled, and spells out the jurisdiction of the courts. There are no Federal Statutes that show that the UNITED STATES DISTRICT COURT or the U.S. DISTRICT COURT exists or has any jurisdiction or venue as they misuse the jurisdiction given to the "district court of the United States" in Title 28 USC for the "district court" jurisdiction and venue section.

**Other Definitions**

SPECIAL                                     PRIVATE                                     PRIORTY

**Corpus Juris Secundum "*The Body of Law*" or Legal encyclopedia, Volume 7, Section 4: as quoted:**
"Attorney & client: An Attorney's "first" duty is to the Courts (1st) and the public (2nd) and not to the client (3rd), and wherever the duties to an attorney's client "conflict" with those interests that he/she owes his allegiance to, as an officer of the court in the administration of justice, the former must yield to the latter."
BLACK'S LAW DICTIONARY FIFTH EDITION
The Biggest problem today is that the People do not know their own rights and blindly entrust their rights to someone else.

**Foreign Court**
The courts of a foreign state or nation. In the United States, this term is frequently applied to the courts of one of the states when their judgment or records are introduced in the courts of another.

**Foreign jurisdiction**
Any jurisdiction foreign to that of the forum; e.g. a sister state or another country. Also the exercise by a state or nation jurisdiction beyond its own territory. Longarm Service of process is a form of such foreign or extraterritorial jurisdiction

**Foreign laws**
The laws of a foreign country, or of a sister state. In conflict of law, the legal principle of jurisprudence which are part of the law of a sister state or nation. Foreign laws are additions to our own laws, and in that respect are called "jus receptum"

**Foreign corporation**
A corporation doing business in one state though chartered or incorporated in another state is a foreign corporation as to the first state, and, as such, is required to consent to certain conditions and restriction in order to do business in such first state. Under federal tax laws, a foreign corporation is one which is not organized under the law of one of the states or territories of the United States. I.R.C. § 7701 (a) (5). Service of process on foreign corporation is governed by the Fed. R. Civ. P. 4 See also Corporation

**TITLE 26 - INTERNAL REVENUE CODE**, Subtitle F - Procedure and Administration, CHAPTER 79 – DEFINITIONS
Sec. **7701.** Definitions
**(5)** Foreign. The term "foreign" when applied to a corporation or partnership means a corporation or partnership which is not domestic.

**Foreign service of process**
Service of process for the acquisition of jurisdiction by a court in the United States upon a person in a foreign country is prescribed by Fed R. Civ. P. 4 (i) and 28 U.S.C.A. § 1608. Service of process on foreign corporation is governed by Fed. R. Civ. P. 4(d) (3)

**Foreign states**
Nations which are outside the United States. Term may also refer to another state; i.e. a sister state.

**Foreign immunity**
With respect to jurisdiction immunity of foreign nation, see 28 U.S.C.A 1602 et seq.

**Profiteering**
Taking advantage of unusual or exceptional circumstance to make excessive profit; e.g. selling of scarce or essential goods at inflated price during time of emergency or war.

**Person**
In general usage, a human being (i.e. natural person), though by statute the term may include a firm, labor organizations, partnerships, associations, corporations, legal representative, trustees, trustees in bankruptcy, or receivers. National Labor Relations Act, §2(1). A corporation is a "person" within the meaning of equal protection and due process provisions of the United States Constitution.

**Writ of error coram nobis**
A common-law writ, the purpose of which is to correct a judgment in the same court in which it was rendered, on the ground of error of fact, for which it was statutes provides no other remedy, which fact did not appear of record, or was unknown to the court when judgment was pronounced, and which, if known would have prevented the judgment, and which was unknown, and could of reasonable diligence in time to have been otherwise presented to the court, unless he was prevented from so presenting them by duress, fear, or other sufficient cause.

At common law in England, it issued from the Court of Kings Bench to a judgment of that court. Its principal aim is to afford the court in which an action was tried and opportunity to correct it own record with reference to a vital fact not known when the judgment was rendered. It is also said that at common law it lay to correct purely ministerial errors of the officers of the court.

SPECIAL                          PRIVATE                          PRIORTY

# IN THE UNITED STATES DISTRICT COURT

## *FOR THE SOUTHERN DISTRICT OF FLORIDA*

**UNITED STATES WITH ANGELA SMITH**                          **PLAINTIFF**

      Versus

                                    CAUSE NO. _____

**THE NORTHERN TRUST COMPANY, ET AL;**                          **DEFENDANTS**
**UNIVERSAL AMERICAN MORTGAGE, LLC;**
**ALDRIGE PITE, LLP**

```
                    Certified Statement of Account
                Affidavit acknowledgement and FOIA DEMAND
                        (Article 9 UCC § 9-210)

(Angela Delane Smith USA) hereby certify and confirm this to be a true and
correct statement of accounting as received by your office / /  .
```

| Pay Date | Payment | Principal | Balance |
|----------|---------|-----------|---------|
| 10/30/06 | 136,200.00 | 136,200.00 | - |
| 12/20/14 | 120,758.56 | 120,758.56 | - |
| 09/14/15 | 125,459.70 | 125,459.70 | - |
| 11/02/15 | 1,900.00 | 1,900.00 | - |
| 11/12/15 | 603,894.00 | 603,894.00 | - |
| 01/02/18 | 161,688.41 | 161,688.41 | - |
| 01/29/18 | 164,793.33 | 164,793.33 | |
| 02/02/18 | 172,100.00 | 172,100.00 | |

```
                Payoff Offer received with
                discount and
                Adjustment made to affect
                amount due for settlement
```

| | Final Balance owed to me | $1,486,794.00 |
|---|---|---|

*Equity on its Face*                          *Equity on its Face*

SPECIAL                                    PRIVATE                                    PRIORTY

Please within 14 days approve or correct this statement and provide the following information:

Be advised of this Bankers acceptance of value, and that this is a notice sent pursuant to Article 9 UCC § 9-210 **and the Fair Debt Collection Practices Act, 15 USC 1692g Sec. 809 (b) that your claim has now been accepted under the following conditions as certain validations are required.**

**The Northern Trust Company, et al have yet to prove your creditor standing and status and such is required before this matter proceeds in a course requiring Angela Delane Smith with United States to assume the role of debtor. This affidavit serves as proof of creditor status, in that as a result of** Angela Delane Smith **with United States authority** Angela Delane Smith **with United States account you are indebted to ANGELA DELANE SMITH WITH UNITED STATES! Due process requires the following:**

**That The Northern Trust Company, et al Provide proof of claim and exhibit the original instrument in accordance with the UCC inter alia, and Florida state Law, U.C.C. § 3-501(B)(12), (and any local applicable laws including UCC) inclusive of the genuine original Promissory Note and genuine original along(s) showing chain of title, the official accounting leger, inclusive of the following forms and OMB numbers of the forms to show the record of financial interest in the Promissory Note:**

1.      **On and for the record, prove of the existence of an account of the actual establishment of debt account by the actual Sentient human Angela Delane Smith with United States, duly signed and written out by both parties and not any unilateral agreement. This would include but not be limited to the actual agreement upon which the signature page has direct reference to the entire agreement ANGELA DELANE SMITH WITH UNITED STATES.**

SPECIAL                                    PRIVATE                                    PRIORTY

2.      On and for the record, prove of claim that YOU are the original Holder in due course, of the aforementioned original debt instrument, and that it is not being un-sold to another party.

3.      On and for the record, a copy of actual accounting, original leger whereby The Northern Trust Company, et al, has incurred a loss as a result of the alleged debt shall be required. Provide an affirmed denied claim for Mortgage Insurance.

4.      On and for the record, an invoice is a statement for all amount of money owed to Angela Delane Smith with United States by THE NORTHERN TRUST COMPANY, et al.

5.      On and for the record, The Northern Trust Company shall provide proof of claim there is any money in circulation is backed by anything of value, by which any debt including this one that lends to the possibility that THE NORTHERN TRUST COMPANY, et al might get paid by way of actual money. And that the value of the attached is not sufficient to discharge this debt under the following laws:

6.      On and for the record, the United States with Angela Delane Smith demands compel performance from The Northern Trust Company, et al to provide these further items associated with this matter in any fashion and or form (if applicable). . .

> (a) Federal Reserve form S3 registration statement,
>
> (b) Federal Reserve form 424(b)(5) prospectus,
>
> (c) Federal Reserve form FR 2046 balance sheet(s),
>
> (d) Federal Reserve form FR 2049 balance sheet(s),
>
> (e) Federal Reserve form 2099 balance sheet(s),
>
> (f) The Deed of Trust.
>
> (g) Chain of custody

SPECIAL                                   PRIVATE                                        PRIORTY

and that court finds that there is a want of jurisdiction, the court shall, if it is in the interest of

justice, transfer such action or appeal to any other such court in which the action or appeal could

have been brought at the time it was filed or noticed . . . .

Pursuant to section 1631, courts have an authority to transfer a case when they lack jurisdiction

or if venue is improper. See Dornbusch v. C.I.R., 860 F.2d 611, 614-15 (Cir. 5th 1988).

venue is denied.

JURAT/ACKNOWLEDGMENT

State of Florida         )

Broward County        )

On this _14th_ day of _Feb_ AD 2018 Signor did personally appear before me, is known to

be the person operating in the requisite capacity for signature described herein, who executed the

foregoing, acknowledged the contents thereof; and executed the same as his free act and deed.

Subscribed and agreed to before the undersigned.

Notary public _Tysina Boae-McDowell_

c/o _____

_____

My Commission Expires _4-6-2021_

WITNESS my hand and official seal.

Signature of Notary Public

TYSINA D BROCK-MCDOWELL
Notary Public – State of Florida
Commission # GG 085765
My Comm. Expires Apr 6, 2021
Bonded through National Notary Assn.

## <u>Notice of Indigenous People Protected Rights</u>

Take Notice that I, Angela Smith-Bey, a muur (moor) American woman by natural birth am an ally to the United States. This is notice that I am enforcing all my rights as an indigenous people under 61/295. United Nations Declaration on the Rights of Indigenous Peoples, relating to THE CIRCUIT COURT OF SEVENTEENTH JUDICIAL IN AND FOR BROWARD COUNTY, FLORIDA for CACE-15-15830.

**Emphasis added.**

**Article 10**
Indigenous peoples shall not be forcibly removed from their lands or territories. **No relocation shall take place without the free, prior and informed consent of the indigenous peoples concerned and after agreement on just and fair compensation and, where possible, with the option of return.**

**Article 20**
1.
Indigenous peoples have the right to maintain and develop their political, economic and social systems or institutions, to be secure in the enjoyment of their own means of subsistence and development, and to engage freely in all their traditional and other economic activities.
2.
**Indigenous peoples deprived of their means of subsistence and development are entitled to just and fair redress.**

**Article 22**
1.
**Particular attention shall be paid to the rights and special needs of indigenous elders, women, youth, children and persons with disabilities in the implementation of this Declaration.**
2.
**States shall take measures, in conjunction with indigenous peoples, to ensure that indigenous women and children enjoy the full protection and guarantees against all forms of violence and discrimination.**

**Article 28**
1.

Indigenous peoples have the right to redress, by means that can include restitution or, when this is not possible, just, fair and equitable compensation, for the lands, territories and resources which they have traditionally owned or otherwise occupied or used, and which have been confiscated, taken, occupied, used or damaged without their free, prior and informed consent.

2.

**Unless otherwise freely agreed upon by the peoples concerned, compensation shall take the form of lands, territories and resources equal in quality, size and legal status or of monetary compensation or other appropriate redress.**

**Article 30**

1.

**Military activities shall not take place in the lands or territories of indigenous peoples,** unless justified by a relevant public interest or otherwise freely agreed with or requested by the indigenous peoples concerned.

2.

States shall undertake effective consultations with the indigenous peoples concerned, through appropriate procedures and in particular through their representative institutions, prior to using their lands or territories for military activities.

**Article 31**

2.

**In conjunction with indigenous peoples, States shall take effective measures to recognize and protect the exercise of these rights.**

**Article 32**

1.

Indigenous peoples have the right to determine and develop priorities and strategies for the development or use of their lands or territories and other resources.

**Article 33**

1.

Indigenous peoples have the right to determine their own identity or membership in accordance with their customs and traditions. This does not impair the right of indigenous individuals to obtain citizenship of the States in which they live.

**Article 40**

**Indigenous peoples have the right to access to and prompt decision through just and fair procedures for the resolution of conflicts and disputes with States or other parties,** as well as to effective remedies for all infringements of their individual and collective rights. Such a decision shall give due consideration to the customs, traditions, rules and legal systems of the indigenous peoples concerned and international human rights.

**Article 31**

**2.**

**In conjunction with indigenous peoples, States shall take effective measures to recognize and protect the exercise of these rights.**

**Article 32**

1.

Indigenous peoples have the right to determine and develop priorities and strategies for the development or use of their lands or territories and other resources.

**Article 33**

1.

Indigenous peoples have the right to determine their own identity or membership in accordance with their customs and traditions. This does not impair the right of indigenous individuals to obtain citizenship of the States in which they live.

**Article 40**

**Indigenous peoples have the right to access to and prompt decision through just and fair procedures for the resolution of conflicts and disputes with States or other parties,** as well as to effective remedies for all infringements of their individual and collective rights. Such a decision shall give due consideration to the customs, traditions, rules and legal systems of the indigenous peoples concerned and international human rights.

**For the Benefit of Justice**

*02/14/2018 Case transferred in from District of Florida Southern; Case Number _____. Original file certified copy of transfer order and docket sheet received.*

*Chancery 1789*


**BENJAMIN G. GREENBERG**

**UNITED STATES ATTORNEY**


## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES WITH ANGELA SMITH                          PLAINTIFF

        Versus

                                    CAUSE NO._____

THE NORTHERN TRUST COMPANY, ET AL;                       DEFENDANTS
UNIVERSAL AMERICAN MORTGAGE, LLC;
ALDRIGE PITE, LLP


# VALIDATION LETTER

Given this; _____ day of February 2018, On and for the record, will the Honorable

Judge Barry Stone who is under the authority of the Title 4 U.S.C. 3 Flag be

disturbing the peace against Angela Delane Smith with the United States who has

the authority of the Title 4 U.S.C. 1 Flag and God's law. On and for the

record for the second time, will the Honorable Judge Barry Stone who is

under the authority of the Title 4 U.S.C. 3 Flag be disturbing the peace

SPECIAL           PRIVATE           PRIORITY          CONFIDENTIAL

**For the Benefit of Justice**

02/14/2018 Case transferred in from District of Florida Southern; Case Number _____. Original file certified copy of transfer order and docket sheet received.

Chancery 1789

against Angela Delane Smith with the United States who has the authority of the

# Title 4 U.S.C. 1 Flag and God's law.

["'On June 14, 1776, Congress made the following resolution: The flag of the United States shall be thirteen stripes, alternate red and white, with a union of thirteen stars of white on a blue field…'" Because Congress made no rule for the arrangement of the stars, they were displayed in different ways, most usually in a circle. As new states joined the Union, they demanded representation in the stars and stripes of the flag. In 1795 Congress voted to increase to 15 the number of stars and stripes. Legislation enacted in 1818 reestablished the number of stripes at 13, and instituted the policy, "That on the admission of every new state into the Union, one star be added to the Union of the flag…".

An executive order issued by President William Howard Taft on October 29, 1912, fixed the overall width and length of the U.S. flag, known technically as the hoist and fly, respectively, in a ratio of 1: 1.9. The thirteen stripes were fixed at equal width. The hoist of the blue field containing the stars was fixed at seven-thirteenths of the overall hoist, that is, as extending from the top of the flag to the bottom of the seventh stripe. The fly of the blue field was fixed at a tiny fraction over three-fourths the overall hoist. The diameter of each star was established as a minute fraction under one-sixteenth of the overall hoist.

Currently, the Flag of the united States of America is defined at title 4 U.S.C. 1, 2 and Presidential Executive Order 10834, found in the Federal Register at Vol. 24. No. 166, P. 6365-6367. The American Flag of Peace of the united States of America is described as red, white and blue, with thirteen alternating red and white horizontal stripes, and a blue field (union) with 50 stars, one to represent each of the several States. The Flag is proportional, (1 X 1.9). This proportion is easily determined by measuring the length (fly) and dividing by the measurement of the width (hoist). The length divided by the width should be very nearly 1.9. If the flag is not to the correct 1 X 1.9 proportion, it is not a title 4 U.S.C. 1,2 American Flag of Peace of the united States of America.

**THERE ARE ABSOLUTELY NO PROVISIONS IN THE LAW FOR ADDING A FOURTH COLOR (YELLOW FRINGE) TO THE TITLE 4 U.S.C. 1,2 FLAG.**

Title 4 U.S.C. 3 provides that **anything** put on the Title 4 U.S.C. 1,2 Flag (gold fringe) MUTILATES the Flag, and carries a one-year prison term. This is confirmed by the authority of title 36 U.S.C. 176 (G). The gold fringe is the fourth color and represents "color of law", and, when placed on the title 4 U.S.C. 1,2 Flag, mutilates the Flag and suspends the organic Constitution for the United States of America, and establishes "color of law". (Refer to title 18 U.S.C. 242. See Black's Law Dictionary).

As provided by title 36 U.S.C. 173, and Army Regulation 840-10, chapter 2-1(b), the Flag of the united States of America is defined and described in title 4 U.S.C. 1,2. Civilians must use the title 4 U.S.C. 1,2 Flag (see title 36 U.S.C. 173 and Army Regulation 840-10, chapter 2-7) and when military flags are displayed by Army Regulation 840-10, chapter 2 and title 36 U.S.C. 175.

**THE ONLY AUTHORITY FOR A FRINGE ON THE FLAG IS IN THE ARMY REGULATIONS FOR THE NATIONAL (MILITARY) FLAGS ONLY.**

The U.S. Attorney General has stated: "The placing of a gold fringe on the **National** flag, the dimensions of the flag, and the arrangement of the stars in the union are

SPECIAL                PRIVATE                PRIORITY                CONFIDENTIAL

### For the Benefit of Justice

*02/14/2018 Case transferred in from District of Florida Southern; Case Number _____. Original file certified copy of transfer order and docket sheet received.*

*Chancery 1789*

matters of detail not controlled by statute, but are within the discretion of the President as Commander-in-Chief of the Army and Navy. . . ancient custom sanctions the use of fringe on regimental colors and standards, but there seems to be no good reason or precedent for its use on other flags. . . the use of such a fringe is prescribed in current Army Regulations, No. 260-10." (See 34 Ops. Atty. Gen. 483 & 485). The only statute or regulation, in the United States, prescribing a yellow fringed United States flag is Army Regulation No. 260-10, **making it a military flag.**

By army regulation 260-10, the gold fringe may be used only on regimental "colors", the President's flag, for military courts martial, and the flags used at military recruiting centers.

"A military flag emblem of a nation, usually made of cloth and flown from a staff; FROM A MILITARY STANDPOINT flags are of two general classes...those flown from stationary masts over army posts, and those carried by troops in formation. The former are referred to by the general name of flags. The latter are called colors when carried by dismounted troops. COLORS AND STANDARDS are more nearly square than flags , and are made of silk, with a knotted FRINGE OF YELLOW ON THREE SIDES...USE OF A FLAG -- THE MOST GENERAL AND APPROPRIATE USE OF THE FLAG IS AS A NATIONAL SYMBOL OF AUTHORITY AND POWER" (National Encyclopedia, Vol. 4)

The adornments on the top of the flag pole are **for military use only.** The gold eagle is for the use of the President of the United States only, and only in time of war. (Or when he is standing as Commander-in-Chief of the military, having declared Martial Law, and suspended the Constitution). The gold spear ball is for military recruiting centers only. The gold acorn is for military parades only. (Army Regulation 840-10, chapter 8).

**Colors** "A flag, ensign, or standard borne in an army or fleet." (Webster's, 1971).

**Color** An appearance, semblance, or simulacrum, as distinguished from that which is real. A prima facie or apparent right. Hence, a deceptive appearance; a plausible, assumed exterior, concealing a lack or reality; a disguise or pretext. (Black's Law Dictionary, 6th Ed.)

**Color of law** The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state, is action taken under "color of state law".

**Colorable** That which is in appearance only, and not in reality, what it purports to be, hence counterfeit, feigned, having the appearance of truth. (Windel v. Flinn, 251 P 2d 136, 146).

**Colorable alteration** One which makes no real or substantial change, but is introduced only as a subterfuge or means of evading the patent or copyright law.

**Colorable imitation** In the law of trademarks, this phrase denotes such a close or ingenious imitation as to be calculated to deceive ordinary persons. (Blacks Law 6th).

The title 4 U.S.C. 1,2 American Flag of the united States of America takes **precedence** over all other flags, as it is the superior flag, and **establishes the jurisdiction** of the united States of America, and the laws made in pursuance thereof.

**THE LAW OF THE FLAG**

SPECIAL          PRIVATE          PRIORITY          CONFIDENTIAL

## For the Benefit of Justice

*02/14/2018 Case transferred in from District of Florida Southern; Case Number _____. Original file certified copy of transfer order and docket sheet received.*

*Chancery 1789*

The Law of the Flag, an International Law, which is recognized by every nation of the planet, is defined as: "...a rule to the effect that a vessel is a part of the territory of the nation whose flag she flies. The term is used to designate the right under which a ship owner, who sends his vessel into a foreign port, gives notice by his flag to all who enter into contracts with the ship master that he intends the Law of that Flag to regulate those contracts, and that they must either submit to its operation or not contract with him or his agent at all." (Ref. Ruhstrat v. People, 57 N.E. 41)

By the doctrine of "four cornering: the flag **establishes the law of the country that it represents**. For example, the embassies of foreign countries, in Washington, D.C., are "four cornered" by walls or fencing, creating an "enclave." Within the boundaries of the "enclave" of the foreign embassy, the flag of that foreign country establishes the jurisdiction and law of that foreign country, which will be enforced by the Law of the Flag and international treaty. If you enter an embassy, you will be subject to the laws of that country, just as if you board a ship flying a foreign flag, you will be subject to the laws of that flag, enforceable by the "master of the ship," (Captain), by the law of the flag.

Under Article IV, section 3, of the organic Constitution for the United States of America (1787), no new State shall be formed or erected within the Jurisdiction of any other State. So -- why have the Germans been allowed to erect a German enclave at Holloman Air Force Base in New Mexico, under the Law of the Flag? Why have the judges of the State and Federal Courts been allowed to erect foreign enclaves within our courthouses under the foreign flag of the yellow fringe on the soil of our Republic?

The flags displayed in State courts and courts of the United States have gold or yellow fringes. It is your warning that **you are entering a foreign enclave** and will be subject to the jurisdiction of that flag. The flag of the gold or yellow fringe has no constitution, no laws, and no rules of court, and is not recognized by any Nation on the earth, and is foreign to this Republic and the united States of America. **When you enter a courtroom displaying a gold or yellow fringed flag, you have just entered into a foreign country, and you had better have your passport with you, you may not be coming back.** The judge under a gold or yellow fringe flag become the "captain" or "master" and has **absolute power** to make the rules as he goes. **The gold or yellow fringe flag is your warning that you are leaving your constitutionally secured rights at the door.** "It is an elementary rule of pleading, that a plea to the jurisdiction is a tacit (silent) admission that the court has a right to judge in the case and is a waiver to all exception to the jurisdiction." (Girty v. Logan, 6 Bush KY. 8)

You can watch over the ramparts by the dawn's early light, with bombs bursting in the air, until you go blind, but you will not see a title 4 U.S.C. 1,2 Flag with its bright stars and broad stripes. When the flags are gone, the Country is gone. You may see something that looks like an American Flag, (a colorable flag, a colorable alteration or imitation) but it is a shortened National Flag, for military use only. Take your tape measure and calculator to determine what kink of a flag it is. Five will get you ten that its proportion is 1 X 1.66 or 1 X 1.5. **It looks like a duck, walks like a duck, quacks like a duck, but it ain't a duck.**

Why do private businesses display National Flags with military adornments on the flag pole? Why do banks display gold or yellow fringed flags, with gold adornments, in their lobbies? Is McDonald's competing with the Army recruiters? Why do churches display military flags? Does your Church have a pastor, or chaplain? Why have military "colors" been placed in our public schools? Why are our children being taught under martial law, in a foreign or military "enclave" with no constitutionally secured rights, under the Law of the Flag? **A military or foreign flag, displayed without the presence of a title 4 U.S.C. 1,2 Flag suspends the Constitution, by the International law of the flag.**

**Flag - Martial law** "The placing of a fringe on the national flag, the dimensions of the flag and the arrangement of the stars in the union are matters of detail not controlled by statute, but are within the discretion of the President as Commander In Chief of the Army and Navy." 34 Ops. Atty. Gen. 483.

SPECIAL          PRIVATE          PRIORITY          CONFIDENTIAL

## For the Benefit of Justice

*02/14/2018 Case transferred in from District of Florida Southern; Case Number _____. Original file certified copy of transfer order and docket sheet received.*

*Chancery 1789*

"The use of such a fringe is prescribed in current Army Regulation, No. 260-10." 34 Ops. Atty. Gen. 483, 485.

"Ancient customs sanctions the use of the fringe on regimental colors and standards, but there seems to be no good reason or precedent for its use on other flags." The Adjutant General of the Army, Mar. 28, 1924, (1925) 34 Ops. Atty. Gen. 483, 485.

Display of Military Flag

**Flag - Martial Law** "2-3. Sizes and Occasions for Display.

b. National flags listed below are for indoor display and for use in ceremonies and parades. For these purposes the United States flag will be rayon banner cloth, **trimmed on three sides with golden yellow fringe, 2 1/2 inches wide**. It will be the same size as the flags displayed or carried with it.

c. Authorization for indoor display

4. **Each military courtroom**. [The municipal Courts of the State Republic???] "1-6. Restrictions. The following limitations and prohibitions are applicable to flags, guidons, streamers, and components.

e. Unauthorized use of official flags, guidons, and streamers. Display or use of flags, guidons, and streamers or replicas thereof, including those presently or formerly carried by U.S. Army units, by other than the office, individual, or organization for which authorized, is prohibited except as indicated in (3) below.

(3) Recognized United States Army division associations..." United States Army Regulation AR 840-10, October 1, 1979.

**Flag - Martial Law** Pursuant to 4 U.S.C. chapter 1, §§ 1, 2, & 3; Executive Order 10834, August 21, 1959, 24 F.R. 6865, a military flag is a flag that resembles the regular flag of the United States, **except that it has a YELLOW FRINGE** border on three sides. The President of the United States designates this deviation from the regular flag, by executive order, and in his capacity as Commander-in-Chief.

**Flag -** "The flag of the United States shall be thirteen horizontal stripes, alternating red and white; and the union of the flag shall be forty-eight stars, white in a blue field." 61 Stat. 642, July 30, 1947, ch. 389. 4 U.S.C.A. 1. (This describes the civil flag of the United States as it is to be flown in the District of Columbia, its enclaves and overseas on ships and embassies.)

**Flag of the United States: Army Regulation 840-10 update**

**2-1. Authorization**

(a) The flag of the United States is the symbol of our nation. The union white stars on a field of blue, is the honor point of the flag. The union of the flag, and the flag itself when in company with other flags, is always given the honor position: for example, the marching right, the flag's own right, or an observer's left facing the flag.

**BUT MOST OF ALL, WHY DO CIVILIAN COURTS DISPLAY MILITARY OR FOREIGN FLAGS?**

**WHY DO CIVILIAN JUDGES CONDUCT COURTS MARTIAL FOR CIVILIANS?**

**Under martial law, you are presumed guilty until proven innocent.**

SPECIAL          PRIVATE          PRIORITY          CONFIDENTIAL

## For the Benefit of Justice

*02/14/2018 Case transferred in from District of Florida Southern; Case Number _____. Original file certified copy of transfer order and docket sheet received.*

*Chancery 1789*

**WHY ARE THERE NO MANUFACTURERS THAT PRODUCE CORRECT TITLE 4 U.S.C. 1 FLAGS? (TRY TO BUY ONE)**

**AMERICA HAS BEEN CONQUERED, AND BY TACIT ADMISSION, THE PEOPLE HAVE SURRENDERED !!!**

When two nations go to war, the object of the game is to capture the other guy's flag. When you go onto foreign soil, take the other guy's flag down and put yours up, you have captured the other guy's territory and put it under the law (Constitution) of your flag.

Sun Tzu, the ancient Chinese philosopher and general, said that when the Art of War is brought to its highest pinnacle, the enemy will be conquered without the opposing armies ever having met in the field. By skillfully using the art of deception, and skillful use of agents to infiltrate the enemy's government, **the enemy may be conquered without the enemy ever knowing that it had been conquered.**

**WE HAVE BEEN CONQUERED! WHERE IS THE VFW? WHERE ARE THE VETERANS THAT PAID SO HIGH A PRICE FOR THE TITLE 4 U.S.C. 1,2 AMERICAN FLAG AND THE LIBERTY AND COUNTRY THAT IT REPRESENTS? WILL THESE MEN WHO SACRIFICED SO MUCH CONTINUE TO CONSENT TO THE FALL OF OUR NATION BY THEIR CONTINUED SILENCE? HAVE THEY CAPITULATED BY TACIT AGREEMENT?**

**Capitulation** The act or agreement of surrendering upon negotiated or simulated terms. (Black's Law Dictionary, 6th Ed.)

**Tacit** Existing, inferred, or understood without being openly expressed or stated, implied by silence or silent acquiescence, as a tacit agreement or tacit understanding. Done or made in silence, implied or indicated, but not actually expressed. Manifested by the refraining from contradiction or objection, inferred from the situation and circumstance, in the absence of express matter. (Black' Law Dictionary, 6th Ed.)

**Tacit admissions** An acknowledgment or concession of a fact inferred from either silence or from the substance of what one has said.

**Maxims of Law "Tacita quaedam habentur pro expressis"** THINGS UNEXPRESSED ARE SOMETIMES CONSIDERED AS EXPRESSED.

**CONCLUSION**

Our elected officials, judges, county commissioners, city councils, school boards and school administrators, police, State Legislators, Governor, the U.S. Congress, and even the President have all committed acts of **CONSTRUCTIVE TREASON**, defined as "...an attempt to establish treason by circumstantiality, and not by the simple genuine letter of the law, and therefore is highly dangerous to public freedom." C.J.S., vol. 87, p. 910) either knowingly or unknowingly, against the People of the united States of America by surrendering the American Flag of Peace of the united States of America to the foreign state/power of the yellow fringe flag and erecting "foreign enclaves" on the soil of the several States in breach of Article IV, section 3. **When all of the title 4 U.S.C. 1, 2 American Flags are gone, our country, the united States of America and our precious constitutions are gone.**

If the flag is not important, why, then, did an entire battalion of Marines, in early 1942, die to the last man on Wake Island defending the flag against the Japanese? **These Marines did not surrender the flag!**

SPECIAL             PRIVATE             PRIORITY             CONFIDENTIAL

**For the Benefit of Justice**

*02/14/2018 Case transferred in from District of Florida Southern; Case Number _____. Original file certified copy of transfer order and docket sheet received.*

*Chancery 1789*

In early 1942, in the Philippines, a young officer named Lt. Ramsey, under the command of Gen. Wainwright, led the last mounted cavalry charge in the history of the U.S. Army. Lt. Ramsey and his men fought so viciously and with such determination that, against overwhelming odds, the Japanese were routed, buying precious time to enable the American forces to retreat to the peninsula of Bataan. When the American forces were finally forced by starvation to surrender to the Japanese, Lt. Ramsey refused to surrender and slipped through the Japanese lines with a handful of his men and continued to make war against the Japanese with the Philippine Army. By hiding in the mountains and jungle, Lt. Ramsey, though poorly equipped, was able to train a guerrilla army and wreak havoc on the Japanese until Gen. McArthuf returned. **Lt. Ramsey did not surrender his flag!**

**DEFINITION**

**Constructive Treason**

Officers that swear an oath and affirmation for supporting and defending the organic Constitution for the United States of America, and by surrendering the oath and affirmation to the foreign state/power of the foreign yellow or gold fringe flag, causing the party before the court a deprivation of rights, with will of intent by the judge, by overt acts to surrender the organic Constitution for the United States of America (1787) into the hands of a foreign power/state, by definition, is guilty of constructive treason.

Treason imputed to a person by law from his conduct or course of action, though his deeds taken severally do not amount to actual treason.'"]

# CERTIFICATE OF SERVICE

I, Angela Delane Smith with United States in my Propria Persona, do hereby certify that I have this day transmitted via United States Mail (USPS) a true and correct copy of the above and foregoing documents to:

United States District Court
Southern District of Florida
299 East Broward Boulevard #108
Fort Lauderdale, FL 33301

SPECIAL          PRIVATE          PRIORITY          CONFIDENTIAL